**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00513-CR
No. 05-12-00514-CR

**MIGUEL ANGEL MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-50983-M and F08-50984-M**

## ORDER

We **REINSTATE** these appeals.

/s/      DOUGLAS S. LANG
            JUSTICE